DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KORD LYNN TUCKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-4633

————————————————

September 8, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

    Affirmed.

CASANUEVA, KELLY, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.